Decided April 17, 1995

RICHARD F. NICOLL *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 14266) is granted, limited to the following issue:

"Under the circumstances of this case, was the Appellate Court correct in dismissing the plaintiff's appeal?"

The Supreme Court docket number is SC 15251.

*Richard F. Nicoll,* pro se, in support of the petition.

*Robert A. Whitehead,* assistant attorney general, in opposition.

Decided April 24, 1995